JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
SANDRA THOMSEN

## DEFENDANTS
SAN FRANCISCO COMMUNITY COLLEGE DIST. erroneously named herein as CITY COLLEGE OF SAN FRANCISCO

(b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)
San Francisco

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se Plaintiff
Sandra Thomsen
1823 Cabrillo St.
San Francisco, CA 94121
Tel: 415.912.0619

Attorneys (If Known)
Eugene B. Elliot, SBN 111475
Christine Lee, SBN 231617
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury - Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | [ ] 385 Property Damage Product Liability | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / **Habeas Corpus:** [ ] 530 General | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | [ ] 462 Naturalization Application | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 540 Mandamus & other | [ ] 463 Habeas Corpus - Alien Detainee | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [X] 440 Other Civil Rights / [ ] 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1441(b)

Brief description of cause:
Violation of Civil Rights

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ Defendant will demand jury
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE: July 10, 2008
SIGNATURE OF ATTORNEY OF RECORD: CHRISTINE LEE /s/ Christine Lee

NDC-JS44

1  Eugene B. Elliot, State Bar No. 111475
   Christine Lee, State Bar No. 231617
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:  (415) 353-0999
   Facsimile:  (415) 353-0990

FILED

08 JUL 10 AM 11:55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

5  Attorneys for Defendant
   SAN FRANCISCO COMMUNITY COLLEGE DISTRICT
6  erroneously named herein as CITY COLLEGE OF SAN FRANCISCO

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

SANDRA THOMSEN,                   )  Case No. CV 08 3333 BZ
                                  )
        Plaintiff,                )  NOTICE OF REMOVAL OF SAN
    vs.                           )  FRANCISCO COUNTY SUPERIOR COURT
                                  )  ACTION NO. CGC-08-476139 UNDER 28
CITY COLLEGE OF SAN FRANCISCO,    )  U.S.C. § 1441(b) [Federal Question]
                                  )
        Defendant.                )
                                  )

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, erroneously named herein as CITY COLLEGE OF SAN FRANCISCO, hereby removes to this court the state court action described below:

1.  On June 9, 2008, Action No. CGC-08-476139 was commenced in the Superior Court of the State of California, in and for the County of San Francisco, captioned Sandra Thomsen v. City College of San Francisco. A true and correct copy of plaintiff's complaint is attached hereto as Exhibit "A".

2.  This action is a civil action of which this court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by defendant pursuant to 28 U.S.C. §1441(b) in that it arises under Title IX of the Education Amendments of 1972 to the Civil Rights Act of 1964, as set forth in response paragraph 8 of plaintiff's form complaint.


4. Supplemental jurisdiction arises over the remaining claims because all claims are transactionally related for the purposes of 28 U.S.C. § 1367(a).

5. No other named defendants have been served as of the date of filing this notice.

Dated: July 10, 2008

BERTRAND, FOX & ELLIOT

By: *Christine Lee* (signature)

EUGENE B. ELLIOT
CHRISTINE LEE
Attorneys for Defendant
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

Case 4:08-cv-03333-SBA    Document 1    Filed 07/10/2008    Page 4 of 12

Cal
mail CMS - 10/5
response - 7/10

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| SANDRA THOMSEN<br>1823 CABRILLO S/F, CA 94121<br>TELEPHONE NO.: (415) 912-0619   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | ENDORSED<br>FILED<br>Superior Court of California<br>County of San Francisco<br><br>JUN 09 2008<br><br>GORDON PARK-LI, Clerk<br>BY: DEBORAH STEPPE<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: Superior Court of San Francisco
MAILING ADDRESS: 400 McAllister
CITY AND ZIP CODE: S/F, CA 94102
BRANCH NAME:

PLAINTIFF: SANDRA THOMSEN

DEFENDANT: CITY COLLEGE of San Francisco

☐ DOES 1 TO

CASE MANAGEMENT CONFERENCE SET
NOV 0 7 2008 - 9:00 AM
DEPARTMENT 212

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):

Type (check all that apply):
☐ MOTOR VEHICLE   ☐ OTHER (specify):
☐ Property Damage   ☐ Wrongful Death
☒ Personal Injury   ☒ Other Damages (specify): MENTAL STRESS

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
  ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:
**CGC-08-476139**

1. Plaintiff (name or names): SANDRA THOMSEN
   alleges causes of action against defendant (name or names): CITY COLLEGE OF S/F, CA
   SO DHELAW
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☒ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| | | PLD-PI-001 |
|---|---|---|
| SHORT TITLE: SANDRA THOMSE US CITY COLLEGE of S.F | CASE NUMBER: | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☒ Other *(specify)*: FALSELY accused of a TERRIOST THREAT, SiMPLY BECAUSE I Made a REPORT about a TEACHER who attempt to RAPE at his home told authority IGORED ME, when bought to there attention & FALSELY accused of a TERRIOSt threat & PRIVACY act LAW was violate higher

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify)*: Mental Stress

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☒ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 6-9-08

Sandra Thomsen
(TYPE OR PRINT NAME)

▶ *Sandra Thomsen*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: Sandra Thomsen vs City College of SF | CASE NUMBER: |
|---|---|

**CAUSE OF ACTION—General Negligence**   Page _____

_____ (number)

ATTACHMENT TO ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:

 alleges that defendant *(name)*:

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: 9-07   City College of San Francisco 50 Phelan St

at *(place)*: I filed with Department of Education but time lap

*(description of reasons for liability)*: IN MAY 05 I WAS SEXUAL ASSUALT BY A TEACHER, at his home who NAME MR. BILL INTION BOLOTO, I REPORT this incident to the dean of students, Right away MARK ROBISON but was totaly iqnored, LATER on A meeting was with a chanclsor Still SAME RESULTS. Feeling drained and mentaly STRESS out from no help from the higher authoritys at CCSF Campus. A final meeting in Sept of 07 I was supsend indifinted by dean Satos, prior to me REPORTing incident I was placed on disciplay probation, because religous Statement I made in one of our meetin and Said it sound like a threat while I Simply State Pray for me that the devil dosent trump over me. This is Simply a form of Retalition on CCSF's

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

doing to me Cause of me Reporting this Attempt Rape by one of the RE-Employ

**Rights Advocates**
Since 1974, Fighting for Women's Equality

April 24, 2008

Ms. Sandra Thomsen
1823 Cabrillo St.
San Francisco, CA 94121

Dear Ms. Thomsen:

I am writing in response to your recent call to Equal Rights Advocates (ERA) regarding possible retaliation at City College. You told me that the school put you on indefinite suspension and banned you from the campus after you complained about the school's handling of your sexual assault compliant against a teacher.

The federal law prohibiting sexual harassment in educational institutions is known as Title IX. Title IX applies to any academic, extracurricular, or other educational program that receives or benefits from federal aid. In addition to prohibiting discrimination, Title IX also prohibits retaliation.

Title IX is enforced in two ways. You may file a complaint with the Office for Civil Rights (OCR) of the Department of Education and/or you may file a private lawsuit. Please be aware that there are important legal deadlines. If you wish to file a complaint with the OCR, you must file a complaint within 180 days of the discrimination. You can contact the OCR at 800-421-3481 or www.ed.gov/offices/OCR. If you wish to file a private lawsuit under Title IX, the time limit for filing a lawsuit in California is 2 years.

As we discussed on the phone I am including referrals for Title IX organizations. For attorney referrals in the Bay area, you can contact the San Francisco Bar Association at (415) 989-1616 or the California Bar Association Attorney Referral Service at (866) 442-2529. For additional referrals you can contact the American Bar Association at 800-285-2221 or at www.abanet.org. Please note that ERA does not screen these attorneys or organizations and cannot guarantee the quality of their services. You should always use your own discretion when hiring a lawyer. For your information, I am also enclosing a brochure about sexual harassment in school.

I hope this information is helpful to you. Although I am able to provide you with general information and referrals, ERA is not representing you in this matter and, at this time, I am closing your file. I wish you the best of luck with your situation.

Sincerely

Elizabeth Kennedy
Law Clerk

Enclosures

## Title IX and Women's Rights Organizations:
*(partial listing)*

**NOTE:** Equal Rights Advocates does not screen the organizations on this referral list. Equal Rights Advocates makes no claims as to the level of experience or expertise of the attorneys and organizations on this list, and therefore, does not endorse any attorney or organization specifically. This list only acts as a source of information for callers.

For additional information about Title IX or more referrals to private attorneys, you may wish to contact the following organizations below.

**Women's Equity Resource Center**
(800) 225-3088 (hotline)
(617) 969-7100 (office)
55 Chapel Street
Newton, MA 02458
www.edc.org/WomensEquity/resource/title9/

**Stop Educator Sexual Abuse, Misconduct and Exploitation (SESAME)**
(702) 371-1290
PO Box 94601
Las Vegas NV 89193-4601
www.sesamenet.org/

In addition, you may find more information from other women's rights organizations through http://www.womensorganizations.org.

**4  BayView**                                                                 *National Black*

# Indifferent institutions: One woman's struggle for justice in a sexual assault case at City College

*by Sam Drew*

San Francisco – I tried to make my voice sound as upbeat, pleasant and non-threatening as I possibly could when I asked a San Francisco City College official about the college's handling of a recent sexual assault case. The response was measured and bureaucratically remote as the representative for Affirmative Action icily explained, "That's a police matter. You'll have to get in touch with them."

I decided to call City College after meeting with Sandra Thomsen, a former student whose life was turned upside down after she reported an attempted sexual assault by a teacher. Instead of receiving care and respect, she was made a pariah for protesting the way her case was being handled by the school.

I made a second call – this time to the office of the dean. The official there said that if a student disagrees with the college's findings, they have the right to file a complaint. He went on to let me know about the improvements that have been made to assist students who report sexual assault. But when I asked him about Sandra's

case, his openness changed as he quickly responded, "I can't comment on that case."



Sandra Thomsen

Well, I can comment on her case. Sandra's problems began while she was working to acquire her / degree in Criminal Justice. "I wa...ed to get a degree in Criminal Justice to inspire the youth," she said.

"I was weak in geometry, so a math teacher offered to tutor me," she continued. "He said we would have to go back to his place to study ... that is where he attempted to rape me." Her eyes filled with sadness and rage as she remembered how she was treated after reporting the attempted assault.

"I reported the incident to Affirmative Action and then I went to the Chancellor. Later they sent me a letter saying that they hired an investigator but they couldn't substantiate my charges," she said. Sandra still keeps the letter with her other papers about the case. But this denial of justice only spurred Sandra on to push harder for the truth. Due to her complaints to the Chancellor's Office, Sandra was put on disciplinary probation. Eventually she was suspended indefinitely for speaking out at a meeting of the Chancellors.

Despite each of these setbacks, Sandra is still positive about her case. She has always been a champion of the underdog and dispossessed. Her passion for the neglected was born out of her own hardships.

"I have a past. I came out of the foster care system and later got into juvenile hall ... I then got involved with gangs [and] spent six years at Chowchilla Prison for involuntary manslaughter. I didn't do it, but I was convinced to take a polygraph test. I was young and wasn't educated about my civil rights. But I've changed my life," she said passionately. Sandra was scheduled to graduate in the spring of 2008 with a high GPA before she was suspended.

Sandra is not just thinking about her own case but also the many other women facing similar hardships. "A lot of other students on campus mention that instructors have done this to them too, but there is no support for students on campus," she said.

According to the 1992 study, "Rape in America," by the National Victim Center in Virginia, "College age women, 18-24 years old, are more likely to be raped than at any other time in their adult life ... many women do not come forward because they feel embarrassed or wrongly blame themselves."

Without a victim-friendly reporting system and sensitive and caring administrations, those brave enough, like Sandra, to report sex crimes will continue to suffer as victims of an overloaded bureaucratic monster.

"Sandra's indifferent treatment by the administration is the reason why on campus student run organizations like the Betty Shabazz Family Resource Center, the Multicultural Students Organization and OurStories Club are so important, because they actually understand the needs and serve students like Sandra who need support," said Tiny, co-founder of POOR Magazine and former student at City College.

Although Sandra has found support in other organizations and community members, she is still fighting for the right to be heard as a victim and demanding justice in her case.

*Sam Drew is a poverty scholar and staff writer at POOR Magazine. For more of his powerful work, go online to www.poormagazine.org. To support Sandra, call POOR Magazine at (415) 863-6306.*

## Obama

*continued from page 3*

the 'Bayview for Obama Whitehouse' on Dr. Martin Luther King I- h-!:-'-·· ·· --'-·-·-l with the help

1  I, Jan Taheny declare that:

2  I am employed in the County of San Francisco, California; I am over the age of eighteen years
3  and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco,
4  California 94109.

5  I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of
6  correspondence, said practice being that in the ordinary course of business, correspondence is
7  deposited in the United States Postal Service the same day as it is placed for processing.

8  On **July 10, 2008**, I served the following document(s):

9  **NOTICE OF REMOVAL OF SAN FRANCISCO COUNTY SUPERIOR COURT ACTION
   NO. CGC-08-476139 UNDER 28 U.S.C. § 1441(b) [Federal Question]**

11 in said cause, on the following interested parties:

12 Sandra Thomsen                              ***Pro Se Plaintiff***
   1823 Cabrillo St.
13 San Francisco, CA  94121

14 Said service was performed in the following manner:

15
16 ( X )  **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope
   addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and
17 mailing at San Francisco, California, following the above-stated business practice, on this date.

18 I declare under penalty of perjury under the laws of the State of California that the foregoing
   is true and correct. Executed **July 10, 2008,** at San Francisco, California.

                                                *(signed)* Jan Taheny
                                                Jan Taheny

1

PROOF OF SERVICE