Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendant
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT
erroneously named herein as CITY COLLEGE OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA THOMSEN,<br><br>        Plaintiff,<br>   vs.<br><br>CITY COLLEGE OF SAN FRANCISCO,<br><br>        Defendant. | Case No.:   CV08-3333 BZ<br><br>**DEFENDANT SAN FRANCISCO COMMUNITY COLLEGE DISTRICT'S DEMAND FOR JURY TRIAL** |

Defendant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT ("DISTRICT'), erroneously named herein as CITY COLLEGE OF SAN FRANCISCO, hereby demands trial by jury in this action.

Dated: July 15, 2008                    BERTRAND, FOX & ELLIOT

                                        By:_____/s/_____
                                            EUGENE B. ELLIOT
                                            CHRISTINE LEE
                                            Attorneys for Defendant
                                            SAN FRANCISCO COMMUNITY COLLEGE
                                            DISTRICT

1
DEFENDANT SAN FRANCISCO COMMUNITY COLLEGE DISTRICT'S DEMAND FOR JURY TRIAL