Eugene B. Elliot, State Bar No. 111475
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendant
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT
erroneously named herein as CITY COLLEGE OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA THOMSEN,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>CITY COLLEGE OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No.:  CV08-3333 BZ<br><br>**CERTIFICATE OF SERVICE VIA U.S. MAIL** |

　　　I, Jan Taheny declare that:

　　　I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

　　　I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

　　　On **July 15, 2008**, I served the following document(s):

1. **DEFENDANT'S NOTICE OF MOTION TO STRIKE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE;**

2. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PUNITIVE DAMAGES;**

3. **DEFENDANT SAN FRANCISCO COMMUNITY COLLEGE DISTRICT'S NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(B)(6), FRCP 12(E)]**

4. **[PROPOSED] ORDER GRANTING DEFENANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT;**

5. **DEFENDANT SAN FRANCISCO COMMUNITY COLLEGE DISTRICT'S DEMAND FOR JURY TRIAL; and**

6. **CERTIFICATE OF SERVICE VIA U.S. MAIL**

in said cause, on the following interested parties:

Sandra Thomsen                                              *Pro Se Plaintiff*
1823 Cabrillo St.
San Francisco, CA  94121

Said service was performed in the following manner:

**( X )  BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed **July 15, 2008,** at San Francisco, California.

                                                                        /s/
                                                              Jan Taheny

CERTIFICATE OF SERVICE VIA U.S. MAL