1  Eugene B. Elliot, State Bar No. 111475
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone:    (415) 353-0999
4  Facsimile:    (415) 353-0990

5  Attorneys for Defendant
   SAN FRANCISCO COMMUNITY COLLEGE DISTRICT
6  erroneously named herein as CITY COLLEGE OF SAN FRANCISCO

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | SANDRA THOMSEN,              | Case No.: CV08-3333 BZ
12 |         Plaintiff,           |
13 |    vs.                       | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND CLERK OF THE SAN FRANCISCO COUNTY SUPERIOR COURT OF REMOVAL OF SAN FRANCISCO COUNTY SUPERIOR COURT ACTION NO. CGC-08-476139 UNDER 28 U.S.C. §1441(b) [Federal Question] AND SUPPORTING DOCUMENTS LISTED HEREIN**
14 | CITY COLLEGE OF SAN FRANCISCO,|
15 |         Defendant.           |
16 |                              |
17

18

19         JAN TAHENY certifies and declares as follows:

20         I am over the age of eighteen years and not a party to this action. My business address is

21  Bertrand, Fox and Elliot, 2749 Hyde Street, San Francisco, California, 94109, which is located in the

22  city, county and state where the mailings described below took place.

23         On July 10, 2008, I deposited in the United States mail at San Francisco, California, to Sandra

24  Thomsen, 1823 Cabrillo St., San Francisco, CA 94121, a copy of the **Notice of Removal** of this

25  action which was filed in the United States District Court for the Northern District of California on

26  July 10, 2008, together with all documents received in connection with United States District Court

27  Action No. C08-333 BZ listed below: ( 1) *Welcome to the U.S. District Court San Francisco; (2)*

28  *Order Setting Initial Case Management Conference and ADR Deadlines [including Standing Order*

---
1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

1 *for All Judges of Northern District and Standing Orders for Judge Zimmerman; (3) ECF Registration*
2 *Information Handout; (4) Drop Box Filing Procedures; (5) Dispute Resolution Procedures; and (6)*
3 *Notice of Assignment of Case to  U.S. Magistrate Judge for Trial.*
4     By One Legal filing service on July 10, 2008 I caused to be filed a copy of said
5 **filed/endorsed Notice of Removal (without listed documents from the US District Court)** by the
6 Clerk of the Superior Court/San Francisco, 400 McAllister Street, San Francisco, CA  94102.
7     I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 16,
8 2008.

10                                               /s/
                                            Jan Taheny

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT