# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**

Clerk of the Court

(415) 522-2015

July 25, 2008
 **Amended**

To:

**Sandra Thomsen**
1823 Cabrillo Street
San Francisco, CA 94121

**Christine Lee**
**Eugene Burton Elliot**

Bertrand Fox & Elliot
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109

Re: Sandra Thomsen v. City College of San Francisco C08-3333 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **September 3, 2008 at 10:00a.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Simone Voltz

By:   Simone Voltz
       Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANDRA THOMSEN,

        Plaintiff,

  v.

SF CITY COLLEGE et al,

        Defendant.
                                             /

Case Number: CV08-03333 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sandra Thomsen
1823 Cabrillo Street
San Francisco, CA 94121

Dated: July 25, 2008

                                                Richard W. Wieking, Clerk
                                                By: Simone Voltz, Deputy Clerk