```
Eugene B. Elliot, State Bar No. 111475
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Tel:  415.353.0999
Fax:  415.353.0990
Attorneys for Defendant
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT
erroneously named herein as CITY COLLEGE OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA THOMSEN,<br><br>      Plaintiff(s),<br><br>v.<br><br>CITY COLLEGE OF SAN FRANCISCO,<br><br>      Defendant(s). | No. CV08-3333 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 25, 2008

Eugene B. Elliot, SBN 111475

/s/

Signature

Counsel for Defendant
(Plaintiff, Defendant or indicate "pro se")

NDC-07

1   I, Jan Taheny declare that:

2   I am employed in the County of San Francisco, California; I am over the age of eighteen years
3   and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco,
4   California 94109.

5   I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of
6   correspondence, said practice being that in the ordinary course of business, correspondence is
7   deposited in the United States Postal Service the same day as it is placed for processing.

8   On **July 28, 2008**, I served the following document(s):

9   **CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE**

10  in said cause, on the following interested parties:

11  Sandra Thomsen                                    *Pro Se Plaintiff*
12  1823 Cabrillo St.
    San Francisco, CA  94121
13

14  Said service was performed in the following manner:

15  ( X )   **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope
    addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and
16  mailing at San Francisco, California, following the above-stated business practice, on this date.

17  I declare under penalty of perjury under the laws of the State of California that the
18  foregoing is true and correct.  Executed **July 28, 2008**, at San Francisco, California.

19
20                                          *Jan Taheny*
                                            Jan Taheny
21
22
23
24
25
26
27
28

---

1

**PROOF OF SERVICE**