UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No. C- 3:08-CV-3333 BZ

Plaintiffs, SANDRA THOMSEN

v.

Defendants. CiTY COLLEgE oF SAN Francisco

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8-5-08

Signature: Sandra Thomsen

Counsel for _____
(Name of party or indicate "pro se")