UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Thomsen,<br><br>　　Plaintiff(s).<br>　　v.<br><br>City College of San Francisco,<br><br>　　Defendant(s).<br>_____/ | No. C08-3333 BZ<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u> |

　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

　　(1)　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

　　(2)　One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

　　The Case Management Conference set for **September 3, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: 8/5/08

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　*Simone Voltz*
　　　　　　　　　　　　　　　　　　　　　By: Simone Voltz - Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANDRA THOMSEN,

        Plaintiff,

v.

SF CITY COLLEGE et al,

        Defendant.

Case Number: CV08-03333 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sandra Thomsen
1823 Cabrillo Street
San Francisco, CA 94121

Dated: August 6, 2008

        Richard W. Wieking, Clerk
        By: Simone Voltz, Deputy Clerk