Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendant
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT
erroneously named herein as CITY COLLEGE OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA THOMSEN,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY COLLEGE OF SAN FRANCISCO,<br><br>            Defendant. | Case No.:   CV08-3333 SBA<br><br>**DECLARATION OF CHRISTINE LEE IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE**<br><br>Date:   October 7, 2008<br>Time:  1:00 p.m.<br>Dept.: Courtroom 3, 3rd Floor<br><br>Honorable Saundra B. Armstrong |

I, Christine Lee, declare as follows:

    1.    I am an attorney at law duly licensed to practice law before the courts in the State of California and the Northern District U.S. District Court, and I am an associate in the law firm of Bertrand, Fox & Elliot, attorneys of record for defendant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT (hereinafter "DISTRICT"), erroneously named herein as CITY COLLEGE OF SAN FRANCISCO, in the above-captioned matter.  As such, I have personal knowledge of the facts and circumstances surrounding this matter and could, if called, competently testify thereto.

2. On August 6, 2008, I received notice that the court reassigned this case to the Honorable Saundra B. Armstrong. The reassignment order directed the parties to re-notice any pending motions. The DISTRICT had a motion to dismiss, and in the alternative, motion for more definite statement, as well as a motion to strike, pending when the case was reassigned.

3. I reviewed Judge Armstrong's standing orders and learned the parties were required to meet and confer before filing any motions. I called plaintiff's phone number of record, (415) 912-0619, on or around August 7, 2008 and received an error message.

4. I called plaintiff's phone number of record several times on August 11 and August 12, 2008 and received an error message stating the number was no longer in service.

5. On August 13, 2008, I wrote a meet and confer letter to plaintiff at her address of record, 1823 Cabrillo Street, San Francisco, CA 94121. I informed her of Judge Armstrong's requirement to meet and confer prior to filing motions. I asked plaintiff to contact me by phone by August 18, 2008. I informed plaintiff that if I did not hear from her by August 18, 2008, the DISTRICT would re-file it motion to dismiss/motion for more definite statement and motion to strike. A true and correct copy of the August 13, 2008 letter is attached herein as Exhibit A.

6. As of today, August 25, 2008, I have not received any contact from plaintiff.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of August, 2008 at San Francisco, California.

                                            /s/
                                      Christine Lee

.

# EXHIBIT A

Case 4:08-cv-03333-SBA    Document 21-2    Filed 08/26/2008    Page 1 of 3

LAW OFFICES OF
# BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION

THE WATERFRONT BUILDING
2749 HYDE STREET
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 353-0999
E-Mail: eelliot@bfesf.com

THOMAS F. BERTRAND
GREGORY M. FOX
EUGENE B. ELLIOT
DANA L. SOONG
RICHARD W. OSMAN
MICHAEL C. WENZEL
CHRISTINE LEE
ERICA SHELLEY NELSON
JOSHUA K. CLENDENIN
MARTINE N. D'AGOSTINO

TELECOPIER: (415) 353-0990

OF COUNSEL
NANCY A. HUNEKE
ARLENE HELFRICH
RICHARD E. HAMMOND
ILANA KOHN

August 13, 2008

Sandra Thomsen
1823 Cabrillo St.
San Francisco, CA 94121

Re: ***Thomsen v. City College of San Francisco***
United States District Court No.: CV08-3333 SBA
Our File Number: KEN 4599
**Meet and Confer**

Dear Ms. Thomsen:

Our office represents the San Francisco Community College District ("District"), named as City College of San Francisco, in the case you filed against the City College.

This case was initially assigned to Magistrate Judge Bernard Zimmerman. You declined this assignment on August 5, 2008. The case was reassigned to Judge Saundra B. Armstrong.

Judge Armstrong requires the parties to meet and confer before any motions are filed. This letter is an attempt to meet and confer with you about several motions the District wishes to file. I attempted to telephone you several times at your phone number of record: (415) 912-0619. I received an error message after dialing this number.

The District wishes to file a motion to dismiss your complaint for failure to state a claim upon which relief may be granted, pursuant to Federal Rule of Civil Procedure Rule 12(b)(6).

In the alternative, the District wishes to file a motion for a more definite statement pursuant to Federal Rule of Civil Procedure Rule 12(e) on the grounds that the District is unable to form a meaningful response to your complaint.

The District also wishes to file a motion to strike your request for punitive damages, because the District is a public entity and punitive damages are not available against it. *See California Government Code section 818.*

LAW OFFICES OF
**BERTRAND, FOX & ELLIOT**

S. Thomsen
*Thomsen v. City College of San Francisco*
August 13, 2008
Page 2

---

I am informed and believe that you received copies of these motions when the District initially filed them on July 15, 2008.

Please contact me to further discuss this issue at (415) 353-0999 ext. 17. If I do not hear from you by Monday, August 18, 2008, we will proceed with filing the motion to dismiss, motion for more definitive statement and the motion to strike.

Thank you for your anticipated cooperation.

Very truly yours,

BERTRAND, FOX & ELLIOT

*Christine Lee*

Christine Lee