Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendant
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT
erroneously named herein as CITY COLLEGE OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA THOMSEN, | Case No.:   CV08-3333 SBA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING** |
| vs. | **DEFENDANT'S MOTION TO STRIKE** |
| CITY COLLEGE OF SAN FRANCISCO, | **PUNITIVE DAMAGES** |
| Defendant. | |

Defendant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT (hereinafter "DISTRICT"), *erroneously named herein as* CITY COLLEGE OF SAN FRANCISCO'S Motion to Strike plaintiff SANDRA THOMSEN'S request for punitive damages came on regularly for hearing on September 3, 2008 in Courtroom G of this Court. Plaintiff appeared in pro per and Christine Lee appeared for defendant.

The Court, having considered the papers and pleadings on file herein and the oral argument of counsel, and good cause appearing therefore, HEREBY ORDERS as follows:

1  Defendant's Motion to Strike plaintiff's request for punitive damages against the DISTRICT
2  is GRANTED.
3  The DISTRICT is a public entity and immune from punitive damages pursuant to
4  Government Code section 818.  *See, e.g. Kizer v. City of San Mateo*, 53 Cal.3d 139, 144 (1991); *Tan
5  v. Univ. of California San Francisco*, 2007 WL 963223, at *1 (N.D. Cal. 2007), 2007 U.S. Dist.
6  LEXIS 27436.

8  IT IS SO ORDERED.

10  DATED: _____    _____
                                     HONORABLE SAUNDRA B. ARMSTRONG